**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 24-CV-80018-ROSENBERG**

VERSA POINTE LLC,

    Plaintiff,

v.

RANCH COLONY PROPERTY
OWNERS' ASSOCIATION, INC.,

    Defendant.

_____/

**ORDER CLOSING CASE**

This cause is before the Court on Plaintiff's Notice of Voluntary Dismissal without Prejudice at docket entry 12. In light of the fact that this case has been dismissed, it is

**ORDERED AND ADJUDGED**:

1.     The Clerk of the Court is instructed to **CLOSE THIS CASE**.

2.     All pending motions are **DENIED AS MOOT** and all deadlines are terminated.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 1st day of February, 2024.

*[signature: Robin L. Rosenberg]*
ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record